IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HERBERT L. CAMPBELL,

               Petitioner,

    vs.

HAROLD W. CLARKE,

               Respondent.

**4:04CV3226**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner Herbert L. Campbell's Motion for Recusal. Filing No. 15. This closed habeas case was originally assigned to the late Judge Laurie Smith Camp but was reassigned to me after Petitioner filed a motion for new trial on May 18, 2026. *See* Filing No. 13 (reassignment order). Petitioner now seeks my recusal because he filed a complaint against my brother, Douglas County District Court Judge Peter C. Bataillon, in April 2025, which Petitioner alleges creates a conflict of interest and appearance of impropriety. Filing No. 15 at 1.

The subject matter of this federal habeas case and Petitioner's other pending motions in this closed case, *see* Filing No. 12; Filing No. 14; Filing No. 16, is Petitioner's 2002 state court conviction in the Lancaster County District Court, which Judge Steven Burns presided over, not my brother. Additionally, the Nebraska Judicial Qualifications Commission complaint is confidential by law, I would have no awareness of the complaint without notification by the Petitioner. Finally, the complaint was filed in 2025 and apparently disposed of at a Commission meeting scheduled May 16, 2025. Whatever Petitioner's 2025 complaint against my brother may be, it is irrelevant to the issues in this case and does not require my recusal.

2

IT IS THEREFORE ORDERED that:  Petitioner's Motion for Recusal, Filing No. 15, is denied.


Dated this 1st day of July, 2026.


BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge