IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HERBERT L. CAMPBELL,

Petitioner,

vs.

HAROLD W. CLARKE,

Respondent.

**4:04CV3226**

**MEMORANDUM AND ORDER**

This closed federal habeas matter under 28 U.S.C. § 2254 is before the Court on two motions filed by Petitioner Herbert L. Campbell on July 2, 2026, which appear to seek discovery of materials related to his state criminal proceedings to support the claims for habeas relief he wishes to raise here. Filing No. 20; Filing No. 21. On July 1, 2026, the Court denied Petitioner's motions seeking relief from the judgment in this case as his motions constituted a successive habeas petition which he did not obtain permission from the Eighth Circuit Court of Appeals to file. Filing No. 19. As this matter is closed and the Court lacks jurisdiction to consider Petitioner's successive claims for habeas relief,

IT IS ORDERED that: Petitioner's motions, Filing No. 20; Filing No. 21, are denied.

Dated this 12th day of August, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge